# Logged In Minutes

| Month & Year | Actual minute logged in | Total amount owed | Total amount paid to us | Amount still owing | Date payment received |
|---|---|---|---|---|---|
| Nov-08 | 10,849.49 | 14,104.34 | 14,104.34 | 0.00 | 1/16/2009 |
| Dec-08 | 41,705.62 | 54,217.31 | 54,217.31 | 0.00 | 1/16/2009 |
| Jan-09 | 45,704.39 | 59,415.71 | 59,415.71 | 0.00 | 2/9/2009 |
| Feb-09 | 42,359.26 | 55,067.04 | 55,067.04 | 0.00 | 3/10/2009 |
| Mar-09 | 39,049.61 | 50,764.49 | 50,764.49 | 0.00 | 4/20/2009 |
| Apr-09 | 38,543.82 | 50,106.97 | 50,106.97 | 0.00 | 5/18/2009 |
| May-09 | 34,773.62 | 45,205.71 | 45,205.71 | 0.00 | 6/15/2009 |
| Jun-09 | 48,365.18 | 62,874.73 | 62,874.73 | 0.00 | 7/13/2009 |
| Jul-09 | 45,353.49 | 58,506.00 | 58,506.00 | 0.00 | 8/17/2009 |
| Aug-09 | 34,099.24 | 43,988.02* | 43,988.02* | 0.00 | 9/15/2009 |
| Sep-09 | 33,501.16 | 43,216.50(1/2) | 19,827.78(1/2) | 23,388.72 | 9/15/2009 |
| Oct-09 | 11,449.71 | 14,770.13 | 0.00 | 14,770.13 | |

Total: $38,158.85

* Represents .01 cent deduction in our minute rate of $1.30 decreased to $1.29 however. Per our contract 30 days notice is to be provided for any rate changes. Our official date of notification was on August 17, 2009 from Sarah McKaig. Therefore there is an additional unpaid claim for $956.05.

August         45,353.49
½ September    33,501.16
               16,750.58
               95,605.23 x .01 = $ 956.05
                                 $39,114.90

**ISI 2007 Data**
25784 Cottonwood Avenue
PO Box 85354
Sioux Falls, SD 57118-5354
USA

Voice: 605-331-7800
Fax: 605-543-5826

# INVOICE

Invoice Number: 017351
Invoice Date: Dec 1, 2008
Page: 1

*Duplicate*

**Bill To:**
UR Relay
9951 Crosspoint Boulevard
Suite 100
Indianapolis, IN 46256

**Ship to:**

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| UR Relay | | Net 14 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | US Mail | | 12/15/08 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 10,849.49 | | November 2008 VRS Billing for the South Dakota Call Center | 1.30 | 14,104.34 |

| | | |
|---|---|---|
| | Subtotal | 14,104.34 |
| | Sales Tax | |
| | Total Invoice Amount | 14,104.34 |
| | Payment/Credit Applied | 14,104.34 |
| | TOTAL | 0.00 |

Check/Credit Memo No: 5151

# Interpreter Services Inc.

25784 Cottonwood Avenue
PO Box 85354
Sioux Falls, SD 57118-5354
USA

Voice: 605-331-7800
Fax: 605-543-5826

# INVOICE

Invoice Number: 017387
Invoice Date: Jan 5, 2009
Page: 1

*Duplicate*

| Bill To: | Ship to: |
|---|---|
| UR Relay<br>9951 Crosspoint Boulevard<br>Suite 100<br>Indianapolis, IN 46256 | |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| UR Relay | | Net 14 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | US Mail | | 1/19/09 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 41,705.62 | | December 2008 VRS Billing for the South Dakota Call Center | 1.30 | 54,217.31 |
| | | Subtotal | | 54,217.31 |
| | | Sales Tax | | |
| | | Total Invoice Amount | | 54,217.31 |
| | | Payment/Credit Applied | | 54,217.31 |
| | | **TOTAL** | | **0.00** |

Check/Credit Memo No: wire #1

**Interpreter Services Inc.**
25784 Cottonwood Avenue
PO Box 85354
Sioux Falls, SD 57118-5354
USA

Voice: 605-331-7800
Fax: 605-543-5826

# INVOICE

Invoice Number: 017451
Invoice Date: Feb 2, 2009
Page: 1

*Duplicate*

| Bill To: | Ship to: |
|---|---|
| UR Relay<br>9951 Crosspoint Boulevard<br>Suite 100<br>Indianapolis, IN 46256 | |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| UR Relay | | Net 14 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | US Mail | | 2/16/09 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 45,704.39 | | January 2009 VRS Billing for the South Dakota Call Center | 1.30 | 59,415.71 |
| | | Subtotal | | 59,415.71 |
| | | Sales Tax | | |
| | | Total Invoice Amount | | 59,415.71 |
| | | Payment/Credit Applied | | 59,415.71 |
| | | **TOTAL** | | **0.00** |

Check/Credit Memo No: 020909

# Interpreter Services Inc.

25784 Cottonwood Avenue
PO Box 85354
Sioux Falls, SD 57118-5354
USA

Voice: 605-331-7800
Fax: 605-543-5826

# INVOICE

Invoice Number: 017523
Invoice Date: Mar 2, 2009
Page: 1

*Duplicate*

| Bill To: |
| --- |
| UR Relay |
| 9951 Crosspoint Boulevard |
| Suite 100 |
| Indianapolis, IN 46256 |

| Ship to: |
| --- |
|  |

| Customer ID | Customer PO | Payment Terms |
| --- | --- | --- |
| UR Relay |  | Net 14 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| --- | --- | --- | --- |
|  | US Mail |  | 3/16/09 |

| Quantity | Item | Description | Unit Price | Amount |
| --- | --- | --- | --- | --- |
| 42,359.26 |  | February 2009 VRS Billing for the South Dakota Call Center | 1.30 | 55,067.04 |

Check/Credit Memo No: wire

| | |
| --- | --- |
| Subtotal | 55,067.04 |
| Sales Tax |  |
| Total Invoice Amount | 55,067.04 |
| Payment/Credit Applied | 55,067.04 |
| **TOTAL** | **0.00** |

# Interpreter Services Inc.
25784 Cottonwood Avenue
PO Box 85354
Sioux Falls, SD  57118-5354
USA

Voice: 605-331-7800
Fax:   605-543-5826

# INVOICE

Invoice Number: 017628
Invoice Date:   Apr 7, 2009
Page:           1

*Duplicate*

| Bill To: | Ship to: |
|---|---|
| UR Relay<br>9951 Crosspoint Boulevard<br>Suite 100<br>Indianapolis, IN  46256 | |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| UR Relay | | Net 14 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | US Mail | | 4/21/09 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 39,049.61 | | March 2009 Billing for South Dakota VRS | 1.30 | 50,764.49 |

| | |
|---|---|
| Subtotal | 50,764.49 |
| Sales Tax | |
| Total Invoice Amount | 50,764.49 |
| Payment/Credit Applied | 50,764.49 |
| **TOTAL** | **0.00** |

Check/Credit Memo No: wire

**Interpreter Services Inc.**
25784 Cottonwood Avenue
PO Box 85354
Sioux Falls, SD  57118-5354
USA

Voice:   605-331-7800
Fax:     605-543-5826

# INVOICE

Invoice Number:  017695
Invoice Date:    May 4, 2009
Page:            1

*Duplicate*

| Bill To: | Ship to: |
|---|---|
| UR Relay<br>9951 Crosspoint Boulevard<br>Suite 100<br>Indianapolis, IN  46256 | |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| UR Relay | | Net 14 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | US Mail | | 5/18/09 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 38,543.82 | | April 2009 minutes for South Dakota Relay Center | 1.30 | 50,106.97 |
| | | Subtotal | | 50,106.97 |
| | | Sales Tax | | |
| | | Total Invoice Amount | | 50,106.97 |
| | | Payment/Credit Applied | | 50,106.97 |
| | | **TOTAL** | | **0.00** |

Check/Credit Memo No: wire

**Interpreter Services Inc.**
25784 Cottonwood Avenue
PO Box 85354
Sioux Falls, SD 57118-5354
USA

Voice: 605-331-7800
Fax: 605-543-5826

# INVOICE

Invoice Number: 017775
Invoice Date: Jun 1, 2009
Page: 1

*Duplicate*

**Bill To:**
UR Relay
9951 Crosspoint Boulevard
Suite 100
Indianapolis, IN 46256

**Ship to:**

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| UR Relay | | Net 14 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | US Mail | | 6/15/09 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 34,773.62 | | May 2009 VRS Billing for the South Dakota Call Center | 1.30 | 45,205.71 |
| | | Subtotal | | 45,205.71 |
| | | Sales Tax | | |
| | | Total Invoice Amount | | 45,205.71 |
| | | Payment/Credit Applied | | 45,205.71 |
| | | **TOTAL** | | 0.00 |

Check/Credit Memo No: wire

# Interpreter Services Inc.
25784 Cottonwood Avenue
PO Box 85354
Sioux Falls, SD  57118-5354
USA

Voice:  605-331-7800
Fax:    605-543-5826

# INVOICE

Invoice Number:  017821
Invoice Date:    Jul 1, 2009
Page:            1

*Duplicate*

**Bill To:**
UR Relay
9951 Crosspoint Boulevard
Suite 100
Indianapolis, IN 46256

**Ship to:**

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| UR Relay | | Net 14 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | US Mail | | 7/15/09 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 48,365.18 | | June 2009 minutes for South Dakota Relay Center | 1.30 | 62,874.73 |

|  |  |
|---|---|
| Subtotal | 62,874.73 |
| Sales Tax | |
| Total Invoice Amount | 62,874.73 |
| Payment/Credit Applied | 62,874.73 |
| **TOTAL** | **0.00** |

Check/Credit Memo No: wire

# Interpreter Services Inc.
25784 Cottonwood Avenue
PO Box 85354
Sioux Falls, SD  57118-5354
USA

Voice:   605-331-7800
Fax:     605-543-5826

# INVOICE

Invoice Number:  017853
Invoice Date:    Aug 3, 2009
Page:            1

*Duplicate*

| Bill To: | Ship to: |
|---|---|
| UR Relay<br>9951 Crosspoint Boulevard<br>Suite 100<br>Indianapolis, IN  46256 | |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| UR Relay | | Net 14 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | US Mail | | 8/17/09 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 45,353.49 | | July 2009 minutes for South Dakota Relay Center | 1.29 | 58,506.00 |
| | | Subtotal | | 58,506.00 |
| | | Sales Tax | | |
| | | Total Invoice Amount | | 58,506.00 |
| | | Payment/Credit Applied | | 58,506.00 |
| | | **TOTAL** | | **0.00** |

Check/Credit Memo No: wire

# INVOICE

**Interpreter Services Inc.**
25784 Cottonwood Avenue
PO Box 85354
Sioux Falls, SD  57118-5354
USA

Voice:   605-331-7800
Fax:     605-543-5826

Invoice Number:   017936
Invoice Date:     Sep 1, 2009
Page:             1

*Duplicate*

| Bill To: |
| --- |
| UR Relay |
| 9951 Crosspoint Boulevard |
| Suite 100 |
| Indianapolis, IN  46256 |

| Ship to: |
| --- |
|  |

| Customer ID | Customer PO | Payment Terms |
| --- | --- | --- |
| UR Relay |  | Net 14 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| --- | --- | --- | --- |
|  | US Mail |  | 9/15/09 |

| Quantity | Item | Description | Unit Price | Amount |
| --- | --- | --- | --- | --- |
| 34,099.24 |  | August 2009 minutes for South Dakota Relay Center | 1.29 | 43,988.02 |
|  |  | Subtotal |  | 43,988.02 |
|  |  | Sales Tax |  |  |
|  |  | Total Invoice Amount |  | 43,988.02 |
|  |  | Payment/Credit Applied |  | 43,988.02 |
|  |  | **TOTAL** |  | **0.00** |

Check/Credit Memo No: wire

# Interpreter Services Inc.
25784 Cottonwood Avenue
PO Box 85354
Sioux Falls, SD  57118-5354
USA

Voice:   605-331-7800
Fax:     605-543-5826

# INVOICE



Invoice Number:  018016
Invoice Date:    Oct 1, 2009
Page:            1

*Duplicate*

| Bill To: | Ship to: |
|---|---|
| UR Relay<br>9951 Crosspoint Boulevard<br>Suite 100<br>Indianapolis, IN  46256 | |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| UR Relay | | Net 14 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | US Mail | | 10/15/09 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 33,501.16 | | September 2009 minutes for South Dakota Relay Center | 1.29 | 43,216.50 |
| | | Subtotal | | 43,216.50 |
| | | Sales Tax | | |
| | | Total Invoice Amount | | 43,216.50 |
| | | Payment/Credit Applied | | 19,827.78 |
| | | **TOTAL** | | **23,388.72** |

Check/Credit Memo No: partial payment

# Interpreter Services Inc.
25784 Cottonwood Avenue
PO Box 85354
Sioux Falls, SD  57118-5354
USA

Voice:  605-331-7800
Fax:    605-543-5826



# INVOICE

Invoice Number:  018065
Invoice Date:    Oct 19, 2009
Page:            1

*Duplicate*

| Bill To: |
|---|
| UR Relay |
| 9951 Crosspoint Boulevard |
| Suite 100 |
| Indianapolis, IN  46256 |

| Ship to: |
|---|
|  |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| UR Relay | | Net 14 Days |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | US Mail | | 11/2/09 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 11,449.71 | | October 2009 minutes for South Dakota Relay Center | 1.29 | 14,770.13 |
| | | Subtotal | | 14,770.13 |
| | | Sales Tax | | |
| | | Total Invoice Amount | | 14,770.13 |
| | | Payment/Credit Applied | | |
| | | **TOTAL** | | **14,770.13** |

Check/Credit Memo No: