# Ace Minutes Generated

| Month | Total # of Minutes | Amount BTB or UrRelay should pay | Amount Paid | Amount Owing |
|---|---|---|---|---|
| Mar-09 | 357.12 | 346.45 | 346.45 | 0.00 |
| Apr-09 | 556.93 | 540.29 | 0.00 | 540.29 |
| May-09 | 634.03 | 615.09 | 1155.38 | 0.00 |
| Jun-09 | 1523.93 | 1478.21 | 1478.21 | 0.00 |
| Jul-09 | 1168.10 | 1133.06 | 257.27 | 875.79 |
| Aug-09 | 13872.80 | 13458.35 | 0.00 | 14334.14 |
| Sep-09 | 28119.90 | 27279.82 | 0.00 | 41613.96 |
| Oct-09 | 0.00 | 0.00 | 0.00 | 0.00 |

Please note here that UrRelay paid $257.25 and unilaterally without any notice, explanation just started changing all numbers and amounts on their own.

This represents an unpaid amount on AceVRS minutes of $41,613.96

# ACE VRS Payment Spreadsheet

| Month | Year | Minutes | Rate | Total | Payment | Check # | Date |
|---|---|---|---|---|---|---|---|
| March | 2009 | 357.12 | 0.970125 | $346.45 | $346.45 | | 5/19/2009 |
| April | 2009 | 556.93 | 0.970125 | $540.29 | | | |
| May | 2009 | 634.03 | 0.970125 | $615.09 | $1,155.38 | 5657 | 7/7/2009 |
| June | 2009 | 1,523.73 | 0.970125 | $1,478.21 | $1,478.21 | 5704 | 8/4/2009 |

**ACE VRS LLC**
25784 Cottonwood Ave
Sioux Falls, SD 57107
USA

Voice:
Fax:

# INVOICE

| | |
|---|---|
| Invoice Number: | 018092 |
| Invoice Date: | Jun 8, 2009 |
| Page: | 1 |

*Duplicate*

| Bill To: | Ship to: |
|---|---|
| UR Relay<br>9951 Crosspoint Boulevard<br>Suite 100<br>Indianapolis, IN 46256 | |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| UR Relay | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | US Mail | | 7/8/09 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 557.00 | | April 2009 minutes for ACE VRS in Sioux Falls, South Dakota | 0.97 | 540.29 |
| 634.11 | | May 2009 minutes for ACE VRS in Sioux Falls, South Dakota | 0.97 | 615.09 |

Check/Credit Memo No: 5657

| | |
|---|---|
| Subtotal | 1,155.38 |
| Sales Tax | |
| Total Invoice Amount | 1,155.38 |
| Payment/Credit Applied | 1,155.38 |
| **TOTAL** | **0.00** |

# ACE VRS LLC

25784 Cottonwood Ave
Sioux Falls, SD 57107
USA

Voice:
Fax:

# INVOICE

Invoice Number: 018092
Invoice Date: Jun 8, 2009
Page: 1

*Duplicate*

| Bill To: |
| --- |
| UR Relay<br>9951 Crosspoint Boulevard<br>Suite 100<br>Indianapolis, IN 46256 |

| Ship to: |
| --- |
|  |

| Customer ID | Customer PO | Payment Terms | |
| --- | --- | --- | --- |
| UR Relay | | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | US Mail | | 7/8/09 |

| Quantity | Item | Description | Unit Price | Amount |
| --- | --- | --- | --- | --- |
| 557.00 | | April 2009 minutes for ACE VRS in Sioux Falls, South Dakota | 0.97 | 540.29 |
| 634.11 | | May 2009 minutes for ACE VRS in Sioux Falls, South Dakota | 0.97 | 615.09 |

Check/Credit Memo No: 5657

| | |
| --- | --- |
| Subtotal | 1,155.38 |
| Sales Tax | |
| Total Invoice Amount | 1,155.38 |
| Payment/Credit Applied | 1,155.38 |
| **TOTAL** | **0.00** |

**ACE VRS LLC**
25784 Cottonwood Ave
Sioux Falls, SD 57107
USA

Voice:
Fax:

# INVOICE

Invoice Number: 018093
Invoice Date: Jul 8, 2009
Page: 1

*Duplicate*

| Bill To: |
|---|
| UR Relay |
| 9951 Crosspoint Boulevard |
| Suite 100 |
| Indianapolis, IN 46256 |

| Ship to: |
|---|
|  |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| UR Relay | | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | US Mail | | 8/7/09 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1,523.93 | | June 2009 minutes for ACE VRS in Sioux Falls, South Dakota | 0.97 | 1,478.21 |

Check/Credit Memo No: 5704

| | |
|---|---|
| Subtotal | 1,478.21 |
| Sales Tax | |
| Total Invoice Amount | 1,478.21 |
| Payment/Credit Applied | 1,478.21 |
| **TOTAL** | **0.00** |

**ACE VRS LLC**
25784 Cottonwood Ave
Sioux Falls, SD 57107
USA

Voice:
Fax:

# INVOICE

Invoice Number: 018094
Invoice Date: Aug 12, 2009
Page: 1

*Duplicate*

| Bill To: | Ship to: |
|---|---|
| UR Relay<br>9951 Crosspoint Boulevard<br>Suite 100<br>Indianapolis, IN 46256 | |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| UR Relay | | Net 30 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | US Mail | | 9/11/09 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1,168.10 | | July 2009 minutes for ACE VRS in Sioux Falls, South Dakota | 0.97 | 1,133.06 |
| | | Subtotal | | 1,133.06 |
| | | Sales Tax | | |
| | | Total Invoice Amount | | 1,133.06 |
| Check/Credit Memo No: | | Payment/Credit Applied | | |
| | | **TOTAL** | | 1,133.06 |

**Interpreter Services Inc.**
25784 Cottonwood Avenue
PO Box 85354
Sioux Falls, SD 57118-5354
USA

Voice: 605-331-7800
Fax: 605-543-5826

# INVOICE

Invoice Number: 018401
Invoice Date: Aug 12, 2009
Page: 1

*Duplicate*

**Bill To:**
UR Relay
9951 Crosspoint Boulevard
Suite 100
Indianapolis, IN 46256

**Ship to:**

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| UR Relay | | Net 14 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | US Mail | | 8/26/09 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1,168.10 | | July 2009 minutes for Interpreter Services, Inc. for ACE VRS Brand in Sioux Falls, South Dakota amended | 0.97 | 1,133.06 |

| | |
|---|---|
| Subtotal | 1,133.06 |
| Sales Tax | |
| Total Invoice Amount | 1,133.06 |
| Payment/Credit Applied | |
| **TOTAL** | **1,133.06** |

Check/Credit Memo No:

**ACE VRS LLC**
25784 Cottonwood Ave
Sioux Falls, SD 57107
USA

Voice:
Fax:

# INVOICE



Invoice Number: 018095
Invoice Date: Sep 14, 2009
Page: 1

*Duplicate*

| Bill To: | Ship to: |
|---|---|
| UR Relay<br>9951 Crosspoint Boulevard<br>Suite 100<br>Indianapolis, IN 46256 | |

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| UR Relay | | Net 30 Days | |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | US Mail | | 10/14/09 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 13,872.80 | | August 2009 minutes for ACE VRS in Sioux Falls, South Dakota | 0.97 | 13,456.62 |
| 1.00 | | adjusted | 1.73 | 1.73 |
| | | Subtotal | | 13,458.35 |
| | | Sales Tax | | |
| | | Total Invoice Amount | | 13,458.35 |
| | | Payment/Credit Applied | | |
| Check/Credit Memo No: | | **TOTAL** | | 13,458.35 |

PAST DUE

## Interpreter Services Inc.
25784 Cottonwood Avenue
PO Box 85354
Sioux Falls, SD 57118-5354
USA

Voice: 605-331-7800
Fax: 605-543-5826

# INVOICE

Invoice Number: 018402
Invoice Date: Sep 14, 2009
Page: 1

*Duplicate*

**Bill To:**
UR Relay
9951 Crosspoint Boulevard
Suite 100
Indianapolis, IN 46256

**Ship to:**

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| UR Relay | | Net 14 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| | US Mail | | 9/28/09 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 13,872.80 | | August 2009 minutes for Interpreter Services, Inc. for ACE VRS Brand in Sioux Falls South Dakota, amended | 0.97 | 13,456.62 |

| | |
|---|---|
| Subtotal | 13,456.62 |
| Sales Tax | |
| Total Invoice Amount | 13,456.62 |
| Payment/Credit Applied | |
| TOTAL | 13,456.62 |

Check/Credit Memo No:

**ACE VRS LLC**
25784 Cottonwood Ave
Sioux Falls, SD 57107
USA

Voice:
Fax:



# INVOICE

Invoice Number: 018096
Invoice Date: Oct 12, 2009
Page: 1

*Duplicate*

| Bill To: |
| --- |
| UR Relay |
| 9951 Crosspoint Boulevard |
| Suite 100 |
| Indianapolis, IN 46256 |

| Ship to: |
| --- |
| |

| Customer ID | Customer PO | Payment Terms |
| --- | --- | --- |
| UR Relay | | Net 30 Days |
| **Sales Rep ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| | US Mail | | 11/11/09 |

| Quantity | Item | Description | Unit Price | Amount |
| --- | --- | --- | --- | --- |
| 28,119.90 | | September 2009 minutes for ACE VRS in Sioux Falls, South Dakota | 0.97 | 27,276.30 |
| 1.00 | | adjusted | 3.52 | 3.52 |

| | | |
| --- | --- | --- |
| Subtotal | | 27,279.82 |
| Sales Tax | | |
| Total Invoice Amount | | 27,279.82 |
| Payment/Credit Applied | | |
| **TOTAL** | | **27,279.82** |

Check/Credit Memo No: