UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| INTERPRETER SERVICES, INC., | ) | CIV. 10-4007-KES |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| BTB TECHNOLOGIES, INC. and | ) | |
| THOMAS M. DAFNOS, | ) | |
| individually, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the Memorandum Opinion and Order, it is

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of defendants, BTB Technologies, Inc., and Thomas M. Dafnos, individually, and against plaintiff, Interpreter Services, Inc.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Kasey Entwisle and Robert Christenson are to pay $20,434.41 to either Thomas Dafnos or to defendants' attorneys to be deposited into the firm's client trust account.

Dated March 22, 2013.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE