UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| INTERPRETER SERVICES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BTB TECHNOLOGIES, INC., and THOMAS M. DAFNOS, Individually, <br><br> Defendants. | Civ. 10-4007-KES <br><br><br> **SATISFACTION OF MARCH 22, 2013, JUDGMENT (DOC. 135)** |

On March 22, 2013 the Court entered a Judgment in favor of Defendants, BTB Technologies, Inc., and Thomas M. Dafnos, individually, and against Plaintiff, Interpreter Services, Inc. The Court further ordered that "Kasey Entwisle and Robert Christenson are to pay $20,434.41 to either Thomas Dafnos or to defendants' attorneys […]" The Defendants, acting by and through their undersigned attorney of record, hereby certify that the March 22, 2013 Judgment has been paid in full. The Defendants further certify that any and all Judgments or awards of costs and expenses in favor of the Defendants and against Plaintiff have been paid in full.

Dated this 17th day of July, 2017.

BANGS, MCCULLEN, BUTLER, FOYE & SIMMONS, LLP

/s/ Jeff Bratkiewicz
Jeff Bratkiewicz
jeffb@bangsmccullen.com
P.O. Box 88208
Sioux Falls, SD 57109-8208
Telephone: (605) 339-6800
Facsimile: (605) 339-6801
*Attorneys for Defendants BTB Technologies, Inc., and Thomas M. Dafnos, Individually*

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on this date, July 17, 2017, I have electronically filed the foregoing Satisfaction of March 22, 2013, Judgment (Doc. 135) with the Clerk of Court using the ECF system which will send notification of such filing to the following:

- Robert A. Christenson
  rac.clolaw@midconetwork.com

- Teresa Marie Schulte
  teresamschulte@gmail.com

- James D. Taylor
  taylor@tmlawsd.com

/s/ Jeff Bratkiewicz
*One of the Attorneys for the Defendants*